UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00212-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **YAMPIER DUARTE LAITANO,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion Requesting Restitution

Order. For good cause shown, the Court will as announced at sentencing Order defendant pay

restitution to the multiple victims in this matter and as to the amounts of loss shown in the List of

Victims (Ex. A to #61), totaling $11,181,643.53. The Clerk of Court will be directed to submit a

proposed Amended Judgment reflecting such restitution to Chambers.

The government has also submitted a Proposed Order (#67-1), which proposes that

mandatory restitution be made payable to the victims and in the amounts identified in Exhibit A

of United States' Motion Filing Restitution Analysis (#61). That sealed list is not, however, usable

with this Order or in conjunction with the Amended Judgment as it contains the home or street

addresses of the victims. The Clerk of Court advises that he will, instead, use a list of victims

provided by United States Probation which conforms with Rule 49.1(a)(5), Fed.R.Crim.P. (which

prohibits public use of individual's street addresses in accordance with the E-Privacy Act of 2002).

The Court finds this to be an appropriate resolution.

## ORDER

**IT IS, THEREFORE, ORDERED** that the government's Motion Requesting Restitution Order (#67) is **GRANTED**, and the defendant, **YAMPIER DUARTE LAITANO**, is directed to pay mandatory restitution in the amount of **$11,181,643.53** to the victims and in the amounts identified in Sealed Exhibit A of United States' Motion Filing Restitution Analysis (#61). The Clerk of Court is instructed to use the list of victims provided by the United States Probation Office, which corresponds to the list provided by the government, but is redacted to eliminate home addresses, and attach such list to the Amended Judgment. Restitution shall be joint and several with defendants: Elliot Rosenberg, 3:14-cr-121; Brigitte Ferrat, 3:15-cr-212; Kristian Sierp, 3:15-cr-213; Barry Harmelin, 3:15-cr-213; and Carlin Woods, 3:15-cr-213.

Signed: January 18, 2018

Max O. Cogburn Jr.
United States District Judge